# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PHYLLIS MICHELE HOWELL, SIMON REISERT, and CAROLE SPEIGHT, on behalf of The North Highland Company Stock Ownership and 401(k) Plan, and on behalf of a class of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ARGENT TRUST COMPANY, NORTH HIGHLAND ESOP HOLDINGS, INC., THE NORTH HIGHLAND COMPANY, INC., THE NORTH HIGHLAND COMPANY LLC, THE NORTH HIGHLAND HOLDING CO., LLC, DAN REARDON, ALEX BOMBECK, BETH SCHIAVO, and LAUREN CHILDERS,<br><br>    Defendants. | Civil Action No.<br><br>1:22-cv-3959-SDG |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.1, Rachel F. Gage of the law firm Robbins Alloy Belinfante Littlefield LLC, 500 14th Street NW, Atlanta, Georgia 30318 hereby enters her appearance as counsel for Defendant Argent Trust Company.

This 23rd day of November, 2022.

                              */s/ Rachel F. Gage*
                              Rachel F. Gage
                              Georgia Bar No. 547982
                              ROBBINS ALLOY BELINFANTE
                                 LITTLEFIELD LLC
                              500 14th Street NW
                              Atlanta, Georgia 30318
                              Telephone: (678) 701-9381
                              rgage@robbinsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

This 23rd day of November, 2022.

<u>*s/ Rachel F. Gage*</u><br>
Rachel F. Gage