# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **PHYLLIS MICHELE HOWELL, SIMON REISERT, and CAROLE SPEIGHT**, on behalf of The North Highland Company Stock Ownership and 401(k) Plan, and on behalf of a class of all other persons similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**ARGENT TRUST COMPANY, NORTH HIGHLAND ESOP HOLDINGS, INC., THE NORTH HIGHLAND COMPANY, INC., THE NORTH HIGHLAND COMPANY LLC, THE NORTH HIGHLAND HOLDING CO., LLC, DAN REARDON, ALEX BOMBECK, BETH SCHIAVO, and LAUREN CHILDERS**,<br><br>*Defendants*. | Civil Action No. 1:22-cv-3959-SDG |

### JOINT MOTION FOR INDICATIVE RULING REGARDING PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiffs have brought claims against Defendants under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), seeking to represent a class of participants in The North Highland Company Stock Ownership and 401(k) Plan. On September 30, 2024, this Court issued an order granting in part and denying in part Defendants' Motion to Compel Arbitration of Timely-Filed Claims and Dismiss Plaintiffs' First Amended Complaint. *See* Doc. 90. On October 30, 2024, Defendants filed a notice of appeal, seeking reversal of this Court's denial of the portion of Defendants' motion seeking to compel arbitration. Doc. 91. The appeal is currently docketed in the U.S. Court of Appeals for the Eleventh Circuit under the caption *Phyllis Howell v. Argent Trust Company*, *et al.*, No. 24-13634-C (11th Cir.).

On December 11, 2024, the parties filed in the Court of Appeals a joint motion to hold the appeal in abeyance pending that Court's ruling and issuance of the mandate in *Williams v. Shapiro*, 11th Cir. No. 24-11192, which presents related issues regarding arbitration of ERISA claims. On December 31, 2024, the Court of Appeals granted that motion, and the appeal remains in abeyance.

While the appeal has been held in abeyance, the parties engaged in mediation and reached an agreement to settle this action in its entirety on a class-wide basis. That settlement is subject to the approval of this Court. *See* Fed. R. Civ. P. 23(e). On August 18, 2025, the parties filed in the Court of Appeals a Joint

Motion for Continued Stay and Limited Remand to Permit District Court to Consider and Rule on Settlement-Related Motions. On September 30, 2025, the Court of Appeals denied the parties' motion without prejudice to the parties' "ability to move for this relief again after seeking an indicative ruling from the district court on their request to approve their settlement." 11th Cir. No. 24-13634-C, Doc. 25.

    Plaintiffs are filing concurrently herewith a motion for preliminary approval of the settlement and certification of a settlement class. In accordance with the Court of Appeals' instruction and pursuant to Federal Rule of Civil Procedure 62.1(a)(3), the parties now jointly request an indicative ruling from this Court that, upon limited remand from the Court of Appeals, this Court will certify the proposed settlement class and grant preliminary approval of the settlement, including issuing an order scheduling a final approval hearing at which the Court will consider whether to finally approve the settlement following notice to the members of the class.

    The parties respectfully request that this Court enter the proposed Order submitted herewith indicating that it would grant the motion for preliminary approval of the settlement and certify the proposed settlement class if the Court of Appeals grants a limited remand for that purpose.

|  |  |  |
|---|---|---|
| October 17, 2025 | By: | */s/Gregory Y. Porter* |

Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny (*pro hac vice*)
Laura E. Babiak (*pro hac vice*)
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson St., NW, Suite 540
Washington, DC 20007
(202) 463-2101
gporter@baileyglasser.com
rjenny@baileyglasser.com
lbabiak@baileyglasser.com

Mark G. Boyko (*pro hac vice*)
**BAILEY & GLASSER LLP**
34 N. Gore Ave., Suite 102
Webster Groves, Mo 63119
(314) 863-5446
mboyko@baileyglasser.com

James M. Evangelista (GA Bar No. 707807)
**EVANGELISTA WORLEY, LLC**
10 Glenlake Parkway, Suite 130
Atlanta, GA 30350
(404) 205-8400
jim@ewlawllc.com

*Attorneys for Plaintiffs Phyllis Michele Howell, Simon Reisert, and Carole Speight*

|  |  |  |
|---|---|---|
| October 17, 2025 | By: | */s/Gregory F. Jacob* |

Gregory F. Jacob (*pro hac vice*)
Deanna M. Rice (*pro hac vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
gjacob@omm.com
derice@omm.com

3

|  |  |  |
|---|---|---|
|  |  | Rachel F. Gage (GA Bar No. 547982)<br>Edward Bedard (GA Bar No. 926148)<br>**ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC**<br>500 14th Street, NW<br>Atlanta, GA 30318<br>(678) 701-9381<br>rgage@robbinsfirm.com<br>ebedard@robbinsfirm.com<br><br>*Attorneys for Defendant Argent Trust Company* |
| October 17, 2025 | By: | */s/Theodore M. Becker*<br>Theodore M. Becker (*pro hac vice*)<br>**MCDERMOTT WILL & EMERY LLP**<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606-0029<br>(312) 984-6934<br>tbecker@mwe.com<br><br>Julian L. André (*pro hac vice*)<br>**MCDERMOTT WILL & EMERY LLP**<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>(310) 551-9335<br>jandre@mwe.com<br><br>A. Shane Nichols (GA Bar No. 542654)<br>**MCDERMOTT WILL & EMERY LLP**<br>1180 Peachtree St. NE<br>Atlanta, GA 30309-3531<br>(404) 260-8533<br>shanenichols@mwe.com<br><br>Lars C. Golumbic (*pro hac vice*)<br>Sarah M. Adams (*pro hac vice*)<br>Shaun A. Gates (*pro hac vice*)<br>**GROOM LAW GROUP, CHARTERED**<br>1701 Pennsylvania Avenue, NW, Suite 1200<br>Washington, DC 20006 |

(202) 861-5437
lgolumbic@groom.com
sadams@groom.com
sgates@groom.com

Patrick C. DiCarlo (GA Bar No. 220339)
**GROOM LAW GROUP, CHARTERED**
95 E. Wesley Road
Atlanta, GA 30305
(404) 964-1300
pdicarlo@groom.com

*Attorneys for Defendants North Highland ESOP Holdings, Inc., the North Highland Company, Inc., the North Highland Holding Co., LLC, Dan Reardon, Alex Bombeck, Beth Schiavo, and Lauren Childers*

5